IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

NATASHA HEISHMAN and
ELIZABETH HEISHMAN, as Parent
and Legal Guardian of Natasha
Heishman during the period of minority,

      Plaintiffs,

vs.

UNITED STATES OF AMERICA;
MARSHALLTOWN MEDICAL AND
SURGICAL CENTER a/k/a CENTRAL
IOWA HEALTHCARE; MCFARLAND
CLINIC, P.C.; LANCE VANGUNDY;
JAMES DEMMEL; and ERICA
HADLEY,

      Defendants.

NO. 4:15-cv-430

**PLAINTIFFS' SECOND SUPPLEMENT TO DESIGNATION OF EXPERT WITNESSES**

---

COME NOW the Plaintiffs, and for their Second Supplement to Designation of Expert Witnesses, state:

1.    The Plaintiffs' Designation of Expert Witnesses was filed on April 20, 2016. At that time, the Plaintiffs provided the identities, curricula vitae, and opinions of the designated experts.

2.    As a supplement to the Plaintiffs' Designation of Expert Witnesses, the Plaintiffs are hereby providing a list for each expert of the cases in which, during the previous four years, the witness testified as an expert at trial or by deposition, and a statement of the compensation to be paid for the study and testimony in this case.

3.    The Rule 26(a)(2) cases for Dr. Calman, Dr. Kiehl, and Kent Jayne are attached hereto as Exhibits A through C. Jeffrey Cater, P.A.-C. does not recall testifying as a retained expert within the last four years.

4.      Andrew Calman, M.D., Ph.D., is compensated at the rate of $500.00 per hour for all matters other than deposition testimony and trial testimony.  He is compensated at the rate of $600.00 per hour for deposition testimony.  For trial, Dr. Calman is compensated at a rate of $7,000.00 per business day (or fraction thereof) and $3,000.00 per weekend or holiday day (or fraction thereof) that he is reasonably required to be absent from his medical practice, inclusive of travel time.

5.      The fee schedule for Samuel Kiehl, M.D., is attached as Exhibit D.

6.      Jeffrey Cater, P.A.-C., is compensated at the rate of $200.00 per hour.

7.      The fee schedule for Kent Jayne, M.A., M.B.A., C.R.C., C.L.C.P., D.A.B.V.E., is attached as Exhibit E.

JOSEPH A. CACCIATORE
GRAHAM, ERVANIAN & CACCIATORE, L.L.P.
317 – Sixth Avenue, Suite 900
Des Moines, IA 50309
Telephone:  (515) 244-9400
Fax:  (515) 282-4235
Email:  jac@grahamlawiowa.com


  /s/Larry D. Helvey, M.D., J.D.
LARRY D. HELVEY,  AT0003424
LARRY HELVEY LAW FIRM
2735 1st Avenue SE, Suite 101
Cedar Rapids, Iowa  52402
Telephone:  319-362-0421
Facsimile:  319-362-3496
E-mail:  lhelvey@helveylaw.com

ATTORNEYS FOR PLAINTIFFS

Original filed.
Copies to:

| PROOF OF SERVICE | | |
|---|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 26, 2016. | | |
| _____ | U.S. Mail | _____ FAX |
| _____ | Hand Delivered | _____ Overnight Courier |
| _____ | Federal Express | Other: Email |

Loree A. Nelson
GISLASON & HUNTER, LLP
317 6th Avenue, Ste. 1400
Des Moines, IA 50309

Steven K. Scharnberg
FINLEY LAW FIRM
699 Walnut Street
1900 Hub Tower
Des Moines, IA 50309

Jennifer E. Rindin
Shuttleworth & Ingersoll, P.C.
500 U.S. Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406

Rachel J. Scherle
U.S. Attorney's Office
Southern District of Iowa
110 E. Court Avenue, #286
Des Moines, IA 50309

S:\Joe\JCACCIAT\WP\Heishman, Natasha\Federal Case\Plfs - Designation of Expert Witnesses-SUPP-2nd.docx

SUMMARY OF DEPOSITIONS AND TRIALS

FOR ANDREW F. CALMAN, M.D., PH.D.


## PRIOR TESTIMONY


**Depositions**:

Thanh Ba Thai and Ty Chu v. Randall Pham, MD and Advanced Surgery Medical Center, LLC.  Santa Clara Superior Court, State of California, Case No. 113CV248326, deposition by defense attorney on December 23, 2013.  Retained by plaintiff's attorney as expert witness.

Kerbi Urbanowski v. Jason and Tiffany Marandas.  Superior Court of the State of California, County of San Francisco, Case No. CGC-13-531058, deposition by plaintiff's attorney on April 2, 2014. Retained by defense attorney as expert witness.  Independent medical examination was performed.

Guillermo Pucuhuaranga Chagua v. Gary Snow et al.  Seventh Judicial District Court for the State of Nevada, Eureka County, Nevada, Case No. CV-1303-198, deposition by defense attorney on April 30, 2014.  Retained by plaintiff's attorney as expert witness. Independent medical examination was performed.

Guillermo Pucuhuaranga Chagua v. Gary Snow et al.  Seventh Judicial District Court for the State of Nevada, Eureka County, Nevada, Case No. CV-1303-198, deposition by plaintiff's attorney on April 30, 2014.  Retained by plaintiff's attorney as expert witness. Independent medical examination was performed.

Kim Gray v. Bruce Abramson, O.D.  Superior Court of the State of California, County of Sonoma, Case No. SCV-251553, deposition by plaintiff's attorney on July 14, 2014. Retained by defense attorney as expert witness.  Independent medical examination was performed.

Douglas R. Doll v. Target Corporation and Easton-Bellsports, Inc.  Circuit Court of Platte County, Missouri, Case No. 13AE-CV02129, deposition testimony on February 24,



2015. Retained by plaintiff's attorney as expert witness. Independent medical examination was performed.

United States Equal Employment Opportunity Commission and Kevin McDowell v. Parker Drilling. United States District Court for the District of Alaska, Case No. 3:13-CV-00181-SLG, deposition testimony on January 13, 2015. Retained by U.S. EEOC and plaintiff's attorney as expert witness. Independent medical examination was performed.

Steven Rempell and Marcia Rempell v. Robert Theodore Hoffman, O. C. Jones and Sons, Inc., et al. Superior Court of the State of California for the County of Marin, Case No. CIV1302527, deposition testimony on May 4, 2015. Retained by defense attorney as expert witness.

Richard Lewis and Susan Lewis v. Jung T. Do, M.D., et al. Superior Court of the State of Arizona for the County of Maricopa, Case No. CV 2014-012662, deposition testimony on November 30, 2015. Retained by plaintiff's attorney as expert witness. Independent medical examination was performed.

Lyle Anderson and Laurie Anderson v. Walter Roskis, MD, and Ophthalmic Consultants Northwest. Superior Court of the State of Washington in and for the County of King, Case # 15-2-07792-9SEA, deposition testimony on April 25, 2016 and May 20, 2016. Retained by plaintiff's attorney as expert witness.

Allergan, Inc. v. Teva Pharmaceuticals USA, Inc., Akorn, Inc., Mylan Pharmaceuticals, Inc., and Mylan, Inc.; Allergan, Inc. v. Innopharma, Inc.; Allergan, Inc. v. Famy Care Limited. United States District Court for the Eastern District of Texas, Marshall Division, Case Nos. 2:15-cv-1455 JRG, 2:15-cv-1504 JRG, and 2:16-cv-0401 WBC, respectively. Deposition testimony on June 28, 2016. Retained by Mylan, Inc. and by the defendants collectively as an expert witness for claims construction.

Alejandro and Monica Castaneda, individually and as parents and Natural Guardians of Carlos Castaneda, a minor, v. Baycare Health Systems, Inc., South Florida Baptist Hospital, Inc., Stephen Parsons, ARNP, and Inphynet Contracting Services, Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No. 14-CA-010183. Deposition testimony on July 18, 2016. Retained by defendant Florida South Baptist Hospital as expert witness.


**Trials**:

Kerbi Urbanowski v. Jason and Tiffany Marandas. San Francisco Superior Court, State of California, Case No. CGC-13-531058, trial testimony on May 5, 2014. Retained by defense attorney as expert witness. Independent medical examination was performed.

United States Equal Employment Opportunity Commission and Kevin McDowell v. Parker Drilling.  United States District Court for the District of Alaska, Case No. 3:13-CV-00181-SLG, trial testimony on March 25-26, 2015.  Retained by U.S. EEOC and plaintiff's attorney as expert witness.  Independent medical examination was performed.

Steven Rempell and Marcia Rempell v. Robert Theodore Hoffman, O. C. Jones and Sons, Inc., et al.  Superior Court of the State of California for the County of Marin, Case No. CIV1302527, trial testimony on June 8-10.   Retained by defense attorney as expert witness.

EXHIBIT

**B**

## Testimony Log     Samuel Kiehl, M.D.

| Attorney | Address | Phone # | Case Caption | date |
|----------|---------|---------|--------------|------|
| Betsy L. Chambers<br>David A. Sims | David A. Sims<br>1200 Harrison Ave.<br>P.O. Box 2659<br>Elkins, West Virginia 26241 | 304-636-8000 | Kenneth Raye | 2012 |
| Barry R. Conybeare | Conybeare Law Office<br>519 Main Street<br>St. Joseph, Michigan 49085 | 800-983-0561<br>269-983-0561 | Dennis Albrecht | 2012 |
| Craig Scott<br>JR Thomas | Volkema Thomas<br>140 East Town Street, Ste 1100<br>Columbus, OH 43215-5183 | 614-221-4400<br>614-227-7063<br>227-7062 (JR office)<br>582-7283 (JR cell) | Michael Dillon | 2012<br>2013 |
| Mary A. Findling | 135 N. Pennsylvannia Street, Ste 1150<br>Indianapolis, IN 46204 | 317-231-1100 | Robert Finley | 2012 |
| John Kenneth Moser | Comerford & Britt<br>250 West First Street, Ste 200<br>Winston-Salem, NC 27101-4010 | 336-631-8510<br>866-631-8228 | Kristin Blair Charles | |
| Betsy L. Chambers<br>David A. Sims | David A. Sims<br>1200 Harrison Ave.<br>P.O. Box 2659<br>Elkins, West Virginia 26241 | 304-636-8000 | Kenneth Raye | 2012 |
| Mark E. Defossez<br>Curtis M. Fifner | Donahey Law Firm<br>495 South High Street, Ste. 100<br>Columbus, Ohio 43215 | 614-224-8166 | Jodi Herring | 2012 |
| Stephen R. Chance | Watkins, Lourie, Roll & Chance, PC<br>Tower Place 200, Suite 1050<br>3348 Peachtree Road, N.E<br>Atlanta, GA 30326 | Direct (404) 760-7404<br>Main (404) 760-7400<br>cell 404-295-1009 | Deshaun Ivey<br>williams | 2012 |
| Marvin W. Masters<br>Richard A. Monahan | The Masters Law Firm<br>181 Summers Street<br>Charleston, WV 25301 | 304-342-3106<br>800-342-3106 | Susan Wyatt | 2014 |
| Gloria J. Danielson | 6110 Travis Road<br>Greenwood, Indiana 46143 | 317-353-5682 | Lefkie Douvris | 2014 |
| William R. Tapella<br><br>and<br><br>Lee Gunter | Tapella & Eberspacher<br>P.O. Box 627<br>Mattoon, IL 61938<br><br>58 N. Chicago Street, Ste 303<br>Joliet, Illinois 60432 | 217-639-7800<br><br>815-726-8916 | Bradley Hadfield | 2013 |
| James R. Howell | Prochaska, Giroux, & Howell<br>Equity Bank Building<br>7701 E. Kellogg Dr., Ste 415<br>Wichata, Kansas 67207 | 316-683-9080 | James Raybern | 2013 |
| Glen J. Shrader, Jr. | 511 Couch Drive, Ste 300<br>Oklahoma City, OK 73102 | 405-943-9693<br>405-410-2176 cell | Amy Vaughan | 2013 |
| Larry D. Helvey, M.D., J.D. | 2735 First Ave. SE, Ste 101<br>Cedar Rapids, IA 52402 | 319-362-0421 | Mark Mottet | 2013 |
| William R. Tapella | Tapella & Eberspacher<br>P.O. Box 627<br>Mattoon, IL 61938 | 217-639-7800 | Tabatha Stout<br>Maddyx Stitt | 2014 |
| Kevin F. Dugan | Abramson, Brown and Dugan<br>1819 Elm Street<br>Manchester, NH 03104-2910 | 800-662-6230<br>603-627-1819 | Robert Holt | 2014 |
| Mary A. Findling | 135 N. Pennsylvannia Street, Ste 1150<br>Indianapolis, IN 46204 | 317-231-1100 | Betty Wilkins | 2013 |
| Michael J. Cunningham | Sommers and Schwartz | 248-746-4020 | Twanda Taylor | 2013 |

| | | | | |
|---|---|---|---|---|
| | 2000 Town Center, Ste 900 Southfield, Michigan 48075-1100 | | | |
| Mary A. Findling | 135 N. Pennsylvannia Street, Ste 1150 Indianapolis, IN 46204 | 317-231-1100 | Robert Finley | 2014 |
| Scott M. Powers | Lange, Quill, & Powers 4 West Forth Street, Ste. 400 Newport, KY 41071-1084 | 859-491-1500 | David Hall | 2013 |
| Kevin G. Burke Cathy L. White, RN, BSN, MJ | Burke Wise Morrissey & Kaveny 161 N. Clark Street, Suite 2240 Chicago, IL 60601 | 312.580.2040 | Jacob Backus | 2013 |
| Greg Coplan | Gregory F. Coplan COPLAN & CRANE, LTD. 1111 Westgate Street Oak Park, Illinois 60301 | (708) 358-8080 Voice (708) 358-8181 Facsimile gcoplan@coplancrane.com | | |
| Kris D. Mullins | Savage, Elliott, Houlihan, Mullins & Skidmore PNC Bank Plaza, Ste 810 200 West Vine Street Lexington, KY 40507 | 859-233-2700 | Ernie Patton | 2013 |
| and Robert L. Elliott | Elliott, Houlihan, & Skidmore BB&T Plaza 200 West Vine Street, Ste 810 Lexington, KY 40507 | 859-280-2200 | | |
| John M. Curtin | Robbins and Curtin 301 East Bethany Home Road Ste B-100 Phoenix, Arizona 85012 | 602-285-0100 | Clint Davis | 2016 |
| Danial O. Laird, M.D. | Richard Harris Law Firm 801 South Fourth Street Las Vegas, Nevada 89101 | 702-444-4444 | Timothy Dyer | 2015 |
| Clark Seegmiller, Esq. | Seegmiller & Associates 10655 Park Run Drive Suite 250 Las Vegas, NV 89144 | 702 966-7777 | | |
| Thomas J. Misny, M. D., Esq. | 7319 Eagle Mills Road Waite Hill, OH 44094 | office: 440-256-1950, cell: 440-223-3171 | Margarita Rosado | 2015 |
| Laura J. Conyers | Findling, Park and Associates 135 N. Pennsylvannia Street, Ste 1150 Indianapolis, IN 46204 | 317-231-1100 | Darren Hanley | 2016 |
| Damon B. Willis | Ewing and Willis 6009 Brownsboro Park Blvd, Ste. B Louisville, KY 40207 | 502-585-5800 x 2 | Michael West | 2015 |
| Terry Kaiser Park | 135 N. Pennsylvannia Street, Ste 1150 Indianapolis, IN 46204 | 317-231-1100 | Victoria Mack | 2016 |
| Bernard K. Bauer | 410 W. Sandusky Street, Ste 1 P.O. Box 932 Findlay, Ohio 45839 | 419-423-2673 | Oliver E. Ott, Sr. Deceased | 2015 |
| John M. Curtin | Robbins and Curtin 301 East Bethany Home Road Ste B-100 Phoenix, Arizona 85012 | 602-285-0100 | Shirley Reinhart | 2015 |
| Roger T. Sharp | 4001 South 700 East, Suite 500 Salt Lake City, UT 84107 | 801-990-3405 (o) 801-598-7425 (cell) | | |
| Laura J. Conyers | Findling, Park and Associates 135 N. Pennsylvannia Street, Ste 1150 Indianapolis, IN 46204 | 317-231-1100 | Margaret Plunkett | 2015 |

# WORKLIFE RESOURCES, INC.

VOCATIONAL ECONOMIC CONSULTING

LIFE CARE PLANNING

P.O. BOX 5336

CEDAR RAPIDS, IA 52406-5336

TELEPHONE: (319) 626-3530

FAX: (319) 626-2884

## SUMMARY: TRIAL/DEPOSITION TESTIMONY
## KENT A. JAYNE, M.A.,C.R.C.,C.L.C.P.,C.C.M.

| | |
|---|---|
| 07/09/08 (Depo.) | Jen Worthington vs. State of Iowa; Kevin Techau, Commissioner of Public Safety; Deena Logsdon; Amy Fratzke; and Beverly Brown, Polk County District Court (IA), Case No. 05771 EQCE044750 |
| 08/13/08 (Trial) | Gregory Crowley vs. Greenspace Associates Scott County District Court (IA), Case No. 07821 LACE 108662 |
| 08/19/08 (Depo.) | John L. "Jack" Mulrooney and Central States Health and Life Co. of Omaha, Centers for Medicaid and Medicare Services vs. Gundersen Clinic, Ltd., Prairie du Chein Memorial Hospital Association, Inc., Gundersen Clinic Ltd., Professional Liability Insurance Plan and Unknown Liability Insurance, Inc. Wisconsin Circuit Court, Grant County, Case No. 2006CV000474 |
| 08/20/08 (Depo.) | Bryan L. Tomson vs. The Weitz Company, LLC US District Court for the District of Kansas, Case No. 07-2506-CM |
| 08/21/08 (Depo.) | Catherine McRoberts vs. University of Northern Iowa, The Board of Regents, And the State of Iowa US District Court, Northern District of Iowa, Eastern Division, Civil No. 6:07-cv-02065 |
| 08/26/08 (Depo.) | Daniel E. Jimmerson, Violet J. Jimmerson, Christina Jones, and Lori Bowman vs. Randall L. Musselman, Robert F. Kazimour DBA Robert F. Kazimour Company and American Family Mutual Insurance Company Linn County District Court (IA), Case No. 06571 LACV 058409 |
| 08/29/08 (Trial) | James Samuels, Jr. vs. Woodrow L. Perryman Orange County Circuit Court (VA), Case No. CL06-275 |
| 09/03/08 (Depo.) | Duane Blachnik and Mary Ann Blachnik vs. Michael J. Giordano, M.D., and CNOS, P.C., a/k/a Center For Neurosciences, Orthopaedics and Spine Union County, SD, Case No. 07-286 |
| 09/09/08 (Evid. Depo.) | Laura Stoneking vs. Federated Mutual Insurance Company, et al Polk County District Court (IA), Case No. 05771 LACL 103499 |
| 10/28/08 (Evid. Depo.) | John Nachazel vs. Tama Paperboard Iowa Workers' Compensation Commissioner, File No. 5022812 |
| 12/03/08 (Trial) | Lynn Janssen et al vs. Wayne Rhiner Plumbing and Repair Corp. Polk County District Court (IA), 05771 LACL 103570 |



EXHIBIT

C

Page 2
Trial/Deposition Testimony

| | |
|---|---|
| 12/10/08<br>(Trial) | Charocka Coleman, Administrator of the Estate of Arlin McClendon, Jr., vs. Michael Sheahan, Sheriff of Cook County, IL; Cook County, IL: and Frank Hondras<br>Circuit Court of Cook County (IL), Law Division, No. 05 L 10817 |
| 12/17/08<br>(Depo.) | Estate of Bradley Gooden vs. Davis County and Donnie Garrett<br>Appanoose County District Court (IA), 08041 LALA 001724 |
| 12/18/08<br>(Depo.) | Robert Trautsch vs. Meriter Hospital, et al<br>Wisconsin Circuit Court, Crawford County, Case No. 2009TJ000015 |
| 12/22/08<br>(Depo.) | Jim Wright, M.D., vs. Iowa Heart Center et al<br>Johnson County District Court (IA), 06521 LACV 068016 |
| 01/14/09-<br>01/15/09<br>(Trial) | Staci Messer vs. Linda Holtgrewe et al<br>Des Moines County District Court (IA), 08291 LALA 002922 |
| 01/27/09<br>(Trial) | John L. "Jack" Mulrooney vs. Gunderson Clinic, Ltd., et al<br>Wisconsin Circuit Court, Grant County, Case No. 2006CV000474 |
| 02/06/09<br>(Depo.) | Phyllis Franklin vs. Gary Konkel<br>Adair County District Court (IA), 05011 LACV 004925 |
| 02/18/09<br>(Depo.) | C & T Kayser vs. D. Miller et al<br>Black Hawk County District Court (IA), 01071 LACV 102738 |
| 02/24/09<br>(Trial) | Estate of Bradley Gooden vs. Davis County and Donnie Garrett<br>Appanoose County District Court (IA), 08041 LALA 001724 |
| 02/25/09<br>(Depo.) | Vilaivone Vannaseng vs. Charles Watrous, et al<br>Polk County District Court (IA), 05771 LACL 103069 |
| 03/11/09<br>(Trial) | Duane Blachnik and Mary Ann Blachnik vs. Michael J. Giordano, M.D., and CNOS, P.C., a/k/a Center For Neurosciences, Orthopaedics and Spine<br>Union County, SD, Case No. 07-286 |
| 03/25/09<br>(Depo.) | David L. Ballhagen vs. Butler County Rural Electric<br>Butler County District Court (IA), 02121 LACV 019873 |
| 04/15/09<br>(Depo.) | Michael Campfield vs. Gottula Propane Service, Inc.; State Industries, Inc.; and Richard Ely, and Tempstar and/or Tempstar Corporation; International Comfort Products and Carrier Corporation<br>District Court for Nebraska County (NE), Case No. CI 0535 |
| 04/17/09<br>(Trial) | Robert Trautsch vs. Meriter Hospital, et al<br>Wisconsin Circuit Court, Crawford County, Case No. 2009TJ000015 |

Page 3
Trial/Deposition Testimony

| 04/23/09 (Depo.) | Robert Cocyhuyt vs. Samuel D. Zeroth; Stephen Houston; Freshairei, d/b/a Cabana's; Kevin Seymour, Individually and d/b/a KEVCON (Quad-City Air Show); Poor Boys Pizza, Inc., d/b/a Poor Boys Pizza; Fat Kid, Inc., d/b/a Big Willie McGinty's; Lucky Luke's, LLC, d/b/a Steve's Old Time Tap<br>Rock Island County (IL), No. 07 L 139 |
|---|---|
| 04/30/09 (Trial) | Susan Goodner vs. Mercy Hospital; Cambridge Integrated Services Group, Inc.<br>Iowa Workers' Compensation Commissioner, File No. 5022487 |
| 05/12/09 (Depo.) | Janice Goettsche, Individually and as Executor of the Estate of Brent L. Christensen vs. Ronald L. Doonan and Gerry Lynn Greve<br>Audubon County District Court (IA), 04051 LACV 019178 |
| 05/13/09 (Trial) | Amy C. Wisco, Individually and as Next Best Friend and Natural Mother of Madeline Grace Wisco, and Jackson Joseph Wisco vs. Iowa Clinic OB/GYN, a corporation; William J. Burke, M.D., an individual, The Iowa Clinic<br>Polk County District Court (IA), 05771 LACL 099001 |
| 06/19/09 (Trial) | Liria Lopez v. Minyard Food Stores, Inc.<br>Dallas County District Court, 95th, TX, No. DC-07-0142 |
| 06/25/09 (Trial) | (Tony Wilson) Kathryn Schlotzhauer et al vs. Ritel Copter Srvc Inc., et al<br>Polk County District Court (IA), 05771 LACL 102824 |
| 07/08/09 (Hearing) | Larry Gallo vs. Penford Products Company, Zurich North America<br>Iowa Workers' Compensation Commissioner, File No. 5026570 |
| 07/14/09 (Trial) | Nancy Larson vs. Kurt Larson<br>Stafford County Circuit Court (VA), Case No. CL06-929 |
| 07/16/09 (Trial) | Robert J. Doty vs. Darwin Olson, d/b/a River City Construction and Storage, and Alvin C. Cromer, Jr., d/b/a Cromer Masonry, Inc.<br>Clinton County District Court (IA), 07231 LACV 033174 |
| 07/17/09 (Depo.) | Robert Yarolem vs. Cascade Lumber Co., United Heartland<br>Iowa Workers' Compensation Commissioner, File No. 5021818 |
| 08/27/09 (Trial) | Vilaivone Vannaseng vs. Charles Watrous, et al<br>Polk County District Court (IA), 05771 LACL 103069 |
| 09/02/09 (Trial) | Simon Estes and Ovida Estes vs. Annette Rivers, Donell Rivers, Sam's West, Inc., and Sam's Reas Estate business d/b/a Sam's Club (Progressive Ins.)<br>Black Hawk County District Court (IA), 01071 LACV 103190 |
| 09/09/09 (Depo.) | James Bollinger vs. Lear Corporation and Specialty Services<br>Iowa Workers' Compensation Commissioner, File No. 5017708 |

Page 4
Trial/Deposition Testimony

| | |
|---|---|
| 09/30/09<br>(Trial) | Michael Henle vs. Southard Implement Co., AIG Claims Services, Inc.<br>Iowa Workers' Compensation Commissioner, File No. 5028158 |
| 11/5/09<br>(Depo.) | Stephanie K. Hohmann, Special Administrator of the Estate of Jesse Earl<br>Jackson, Jr., deceased, and Mother of Jesse Earl Jackson, III and Shannon<br>Nicole Jackson vs. Richard Craig; Universal Delivery Service, Inc.; United<br>Delivery Service, Ltd.; and Unique Delivery Service, Inc.<br>Peoria County, IL, No. 07 L 44 |
| 11/23/09<br>(Depo.) | Susan and Robert Gust vs. United States of America<br>US District Court, Southern District of Iowa, Davenport Division, 3:2007-cv-00024 |
| 01/15/10<br>(Trial) | Larry Gallo vs. Penford Products<br>Iowa Workers' Compensation Commissioner, File No. 5026570 |
| 01/16/10<br>(Depo.) | Kelli O'Neil vs. Hobbs, Easton, et al<br>Johnson County District Court (IA), 06521 LACV 069837 |
| 01/19/10<br>(Depo.) | Gina Kubichek vs. Jeffrey Traina<br>Peoria County, IL, Case No. 06 L 397 |
| 02/20/10<br>(Depo.) | Adam Lindner vs. 633 Partners et al<br>Johnson County District Court (IA), 06521 LACV 069759 |
| 03/03/10<br>(Trial) | Misty M. Whitley vs. Lee Birchansky; Fox Eye Laser & Cosmetic Inst PC;<br>& Fox Eye Surgery, LLC<br>Linn County District Court (IA), 06571 LACV 059970 |
| 03/17/10<br>(Trial) | Lacey Allen vs. Annette Holdings, Inc.<br>Iowa Workers' Compensation Commissioner, File No. 5024900 |
| 04/02/10<br>(Depo.) | Aalyia Mona Lowe, by her mother and next friend, Kimberly Lowe, and Kimberly<br>Lowe, individually, vs. The University of Chicago, et al.<br>Cook County, IL, No. 06 L 007347 |
| 04/05/10<br>(Evid. Depo.) | Robert Schleisman/Linda Schleisman vs. DeLoss Construction et al<br>Clay County District Court (IA), 03211 LACV 027092 |
| 04/24/10<br>(Depo.) | Gina Kubichek vs. Jeffrey Traina<br>Peoria County, IL, Case No. 06 L 397 |
| 04/28/10<br>(Trial) | Gina Kubichek vs. Jeffrey Traina<br>Peoria County, IL, Case No. 06 L 397 |

Page 5
Trial/Deposition Testimony

| | |
|---|---|
| 05/17/10<br>(Depo.) | Marvin Larson, Administrator of the Estate of Amy Lee Larson, Marvin Larson and Judy Larson vs. Megan Marie Cannon, Raymond Ungerer and Susan Ungerer<br>Fayette County District Court (IA), 01331 LACV 052289 |
| 05/19/10<br>(Depo.) | Kayla Nemmers vs. Ford Motor Company<br>US District Court, Southern District of Iowa, Davenport, No. 3:2009cv00014 |
| 05/24/10<br>(Depo.) | Flint Dandy vs. Ronnie E. Joenks and Barbara L. Joenks and the City of Rossie, Iowa<br>Clay County District Court (IA), 03211 LACV 026945 |
| 06/29/10<br>(Depo.) | Gary Kirrane vs. Union Pacific Railroad Company and Iowa Interstate Railroad Ltd.<br>Linn County District Court (IA), 06571 LACV 065472 |
| 09/10/10<br>(Trial) | Christine Baker vs. Mark Ernst; Water Street Partners, LP; Bellevue Capital, LLC: Allen Ernst and David Eischeid<br>Jackson County District Court (IA), 07491 LACV 026508 |
| 10/26/10<br>(Trial) | David Hauser vs. All Iowa Contracting<br>Iowa Workers' Compensation Commissioner, File No. 5030766 |
| 10/27/10<br>(Depo.) | Kelly and Brett Morrow vs. Rosemary Carroll and Grinnell Mutual<br>Linn County District Court (IA), 06571 LACV 061617 |
| 11/18/10<br>(Trial) | Mark Kimbel vs. Mark Terrell<br>Scott County District Court (IA), 07821 LACE 111736 |
| 12/02/10<br>(Depo.) | Cameron Bading vs. Amanda Bading<br>Buchanan County District Court (IA), 01101 CDDM 003182 |
| 12/16/10<br>(Trial) | Tony Davis et al vs. Dr. B Sires et al<br>Black Hawk County District Court (IA), 01071 LACV 101915 |
| 12/17/10<br>(Trial) | Susan Shearer vs. Cedar Rapids Community School District<br>Iowa Workers' Compensation Commissioner, File No. 5029484 |
| 02/16/11<br>(Depo.) | Susan M. Coffin, Executor of the Estate of Jeannette E. Ebeling; and Susan M. Coffin, Executor of the Estate of Jeannette E. Ebeling on behalf of Xavier Kirk and Susan M. Coffin vs. Scott Ludwig, M.D.; Davenport Emergency Physicians, P.C.; and Genesis Health Systems d/b/a Genesis Medical Center<br>Scott County District Court (IA), 07821 LACE 114729 |

Page 6
Trial/Deposition Testimony

03/03/11      Pedro Prado, and Adrianna Alvarado, Individually and as next friend of Daniel
(Depo.)       Prado and Miguel Prado, minor children vs. Helmerich & Payne, Inc., Chevron
              U.S.A., Inc., Helmerich & Payne International Drilling Company, National Oilwell
              Varco, L.P., and National Oilwell Varco, Inc.
              Texas Eastern District Court, Docket Number: 2:09-cv-00202

03/30/11      Estate of Richard Nelson vs. American Family et al
(Trial)       Black Hawk County District Court (IA), 01071 LACV 110180

04/04/11      Thomas and Bonnie Kahre vs. Jeremy Hamilton, Janelle Ferguson, et al
(Depo.)       Story County District Court (IA), 02851 LACV 045543

04/13/11      Thomas and Bonnie Kahre vs. Jeremy Hamilton, Janelle Ferguson, et al
(Trial)       Story County District Court (IA), 02851 LACV 045543

04/21/11      Sharis and Curtis Claver et al vs. Judy R. Walker, M.D. et al
(Trial)       Polk County District Court (IA), 05771 LACL 114791

04/25/11      Kayla Nemmers vs. Ford Motor Company
(Trial)       US District Court, Southern District of Iowa, Davenport, No. 3:2009cv00014

05/04/11      Raymond B. Morton vs. Norman D. Rose
(Depo.)       Pottawattamie County District Court (IA), 04781 LACV 101598

05/10/11      Phillip E. Jones vs. University of Iowa, Board of Regents, et al
(Depo.)       Johnson County District Court (IA), 06521 LACV 070820

05/13/11      Matthew Penhollow vs. State of Iowa
(Depo.)       Johnson County District Court (IA), 06521 LACV 071010

05/25/11      Cynthia Stowe vs. Tyson Foods, Inc.
(Trial)       Iowa Workers' Compensation Commissioner, File No. 5033209

06/01/11      Vicki Cheshier vs. Pascula C. Reyes, D.O., and Mercy Medical Center - Clinton
(Depo.)       US District Court, Southern District, Davenport Division, Case No. 3: 10-cv-22

06/14/11      Bonnie Hoffman vs. Care Initiative, Inc. d/b/a Heritage Nursing and Rehab
(Trial)       Iowa Workers' Compensation Commissioner, File No. 5032353

07/11/11      A & L Asher et al vs. Wheaton Franciscan et al
(Trial)       Black Hawk County District Court (IA), 01071 LACV 104182

07/20/11      James Johnson vs. Palmer College Foundation
(Trial)       Scott County District Court (IA), 07821 LACE 114293

Page 7
Trial/Deposition Testimony

07/29/11 (Depo.)
Maria Chavez Limon vs. Rembrandt Enterprises, Inc., and Golden Oval Eggs, LLC
US District Court, Northern District of Iowa, No. 10-CV-4077-DEO

08/25/11 (Depo.)
Wes W. Sedam vs. Ferne E. Gaumer
Circuit Court of the 14th Judicial Circuit, Rock Island County, IL, No. 09 L 35

09/28/11 (Depo.)
Craig Olson vs. Tebron, Inc.
Iowa Workers' Compensation Commissioner, File No. 5018726

10/07/11 (Evid. Depo.)
David Peterson vs. Residential Alternatives of Iowa, d/b/a Windmill Manor
Iowa Workers' Compensation Commissioner, File No. 5035274

10/10/11 (Evid. Depo.)
Bradley Barrett vs. University of Northern Iowa; The Board of Regents for the State of Iowa; Virginia Arthur, individually and in her Official Capacity; Gloria Gibson, individually and in her Official Capacity; John Vallentine, individually and in his Official Capacity; Kate Guess, individually and in her Official Capacity; Joseph Tyler, individually and in his Official Capacity; and Milissa Wright, individually and in her Official Capacity
Black Hawk County District Court (IA), 01071 LACV 113120

10/27/11 (Evid. Depo.)
Alan Andersen vs. Sohit Khanna, M.D., et al
Polk County District Court (IA), 05771 LACL 100171

11/17/11 (Trial)
Carol Henson vs. Daniel Lee Lucier
Scott County District Court (IA), 07821 LACE 115933

11/28/11 (Depo.)
Justin Becker and Amber Becker vs. Conagra Foods, Inc., and A & J Bin Cleaning, LLC
US District Court for the Southern District of Illinois, East St. Louis Division, Case No. 3:10-cv-00952-MJR-PMF

12/21/11 (Depo.)
James Slater vs. Alter Trading Company
Black Hawk County District Court (IA), 01071 LACV 109933

01/09/12 (Depo.)
Franklin Lee Noteboom and Dorothy Noteboom vs. The Estate of Janene A. Breugem, Chears Home Health and Hospite, Sioux Center Community Hospital and Health Center, an Iowa Corporation and AV ERA McKennan, a Foreign Corporation
Sioux County District Court (IA), 03841 LACV 022577

02/02/12 (Trial)
Patrick O'Bryan and Kathy Yingling vs. Henry Carlson Co. et al
Clinton County District Court (IA), 07231 LACV 037007

02/22/12 (Depo.)
Martha Fountain and Jonathon C. Fountain, Individually and as parents and next friends of Jonathon E. Fountain, a Minor vs. State of Iowa
Johnson County District Court (IA), 06521 LACV 071009

Page 8
Trial/Deposition Testimony

| | |
|---|---|
| 02/28/12<br>(Depo.) | Matthew Westrum vs. Design Alliance Engineering Technological et al<br>Story County District Court (IA), 02851 LACV 045874 |
| 03/05/12<br>(Depo.) | Melissa Krishnan and Glen Ficke vs. State of Iowa<br>Johnson County District Court (IA), 06521 LACV 071057 |
| 03/07/12<br>(Depo.) | Zac and Nichole Ruggles vs. Action Warehouse Company, Ltd.<br>Polk County District Court (IA), 05771 LACL 121602 |
| 03/12/12<br>(Depo.) | Jermaine La'Var Lattimore vs. Ashford University LLC, et al<br>Clinton County District Court (IA), 07231 LACV 036772 |
| 03/14/12<br>(Evid. Depo.) | Craig Nauman v. Sharon West et al<br>Union County District Court (IA), 05881 LACV 016540 |
| 03/26/12<br>(Trial) | Thomas Millenkamp vs. Millenkamp Cattle Company, Inc. and Nationwide Mutual<br>Insurance Company, d/b/a Allied<br>Iowa Workers' Compensation Commissioner, File No. 5011148 |
| 03/28/12<br>(Depo.) | Todd William Barton; Lisa Gaye Barton; Todd William Barton, II; and Lindsey<br>Grace Barton, a minor, by and through her parent and next friend, Lisa Gaye<br>Barton vs. Michael Ross White; Larry Joe Pidgeon; and Farm Bureau Mutual<br>Insurance Company<br>Polk County District Court (IA), 05771 LACL 119688 |
| 04/10/12<br>(Trial) | Dawn Boyle and Kevin Boyle et al vs. Ashley Araiza et al<br>Tama County District Court (IA), 06861 LACV 006480 |
| 04/13/12<br>(Trial) | Kelly Bruce vs. Hydecker Wheatlake Company, Zurich American Insurance<br>Company, and Second Injury Fund of Iowa<br>Iowa Workers' Compensation Commissioner, File No. 5036473 |
| 04/23/12<br>(Depo.) | Lori Prokup and Larry Prokup, Individually and as Parents and Next Friends of<br>Lucas James Prokup, a minor vs. Tipton Community School District and Kristen<br>Gaffey<br>Cedar County District Court (IA), 07161 LACV 034761 |
| 04/24/12<br>(Depo.) | Randy Kirschbaum vs. Metro Lab and Christopher Hardy, MD<br>Scott County District Court (IA), 07821 LACE 117649 |
| 06/18/12<br>(Depo.) | Mark Block vs. Abbott Labs<br>Iowa Workers' Compensation Commissioner, File No. 5036673 |
| 07/23/12<br>(Depo.) | Diane M. Edwards, Individually and as Special Administrator of the Estate of<br>Daniel B. Edwards vs. Gerald W. Hemker, Individually and as an Agent and/or<br>Employee of Service Partners, LLC; and Service Partners, LLC, a Foreign Corp.<br>Circuit Court of the 15th Judicial Circuit, Ogle County, IL: No. 08 L 14404 |

Page 9
Trial/Deposition Testimony

07/31/12      Lorena Moes vs. Whirlpool Corporation
(Depo.)       Iowa Workers' Compensation Commissioner, File No. 5035115; 5035985

08/03/12      Jodi Lynn Eby, Individually and as Administrator of the Estate of Robert Eby, Jr.,
(Depo.)       Deceased, Tyson Eby, and Landon Eby vs. Mannesmann Demag Corp., et al
              U.S. District Court, Southern District of Iowa, Eastern Division, Davenport
              Case No. 3:10-cv-00032

08/10/12      Linda Myers vs. Tractor Supply Company, et al.
(Depo.)       United States District Court for the Eastern District of Texas, Marshall Division,
              Civil Action No.: 2:10cv-289

08/14/12      Julie Ann Burken, Individually and as Parent and Next Friend of Alexis Burken, a
(Depo.)       minor child vs. Melissa M. Vanderlinden
              Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, IL,
              Case No. 10 L 97

08/29/12      Randy Kirschbaum vs. Metro Lab and Christopher Hardy, MD
(Trial)       Scott County District Court (IA), 07821 LACE 117649

08/31/12      Jeff Smith vs. Premium Structure
(Trial)       Iowa Workers' Compensation Commissioner, File No. 5037488

09/25/12      Linda Myers vs. Tractor Supply Company, et al.
(Depo.)       United States District Court for the Eastern District of Texas, Marshall Division,
              Civil Action No.: 2:10cv-289

10/10/12      Steven C. Timmerman II vs. American Standard Insurance Co. WI
(Trial)       Scott County District Court (IA), 07821 LACE 119150

10/31/12      Paul Eberline vs. Janet Eberline
(Trial)       Grundy County District Court (IA), 01381 CDDM 057645

11/07/12      Ryan E. Smith and Estate of Gary E. Pennock vs. Griffin Industries, Inc.
(Depo.)       United States Federal District Court for the Western District, Eastern Division,
              Case No. 1:11-CV-01071

11/16/12      Daniel German and Heather German, individually, and Heather German, as
(Depo.)       Guardian ad Litem for Dani Kathryn German, a minor child, vs. Sanford Medical
              Center, its agents and employees, Dr. Darrin Manthey, Dr. Melanie Madsen, and
              John Doe 1, John Doe 2, and John Doe 3
              Circuit Court Second Judicial District, County of Minnehaha (SD), CIV 08-385

12/03/12      Cindy O'Leary vs. City State Bank
(Depo.)       Iowa Workers' Compensation Commissioner, File No. 5037531

Page 10
Trial/Deposition Testimony

| | |
|---|---|
| 12/07/12<br>(Trial) | Tara Sweeney vs. Bettendorf Parks and Recreation Department<br>Scott County District Court (IA), 07821 LACE 104672 |
| 01/18/13<br>(Trial) | Daniel German and Heather German, individually, and Heather German, as<br>Guardian ad Litem for Dani Kathryn German, a minor child, vs. Sanford Medical<br>Center, its agents and employees, Dr. Darrin Manthey, Dr. Melanie Madsen, and<br>John Doe 1, John Doe 2, and John Doe 3<br>Circuit Court Second Judicial District, County of Minnehaha (SD), CIV 08-385 |
| 01/24/13<br>(Depo.) | Ian Carnithan by his next friend, Janette Carnithan vs. Josh Carver and Joseph<br>Kensinger<br>Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, IL,<br>No. 09 L 168 |
| 01/31/13<br>(Trial) | Mark Dahlen vs. Hj Ltd. Htng.<br>Iowa Workers' Compensation Commissioner, File No. 5038147 |
| 02/01/13<br>(Depo.) | Brent Herman and Judy Herman vs. Ronald G. Shepherd, DC, and Other<br>Unknown Parties<br>Scott County District Court (IA), 07821 LACE 115040 |
| 02/08/13<br>(Trial) | Brent Herman and Judy Herman vs. Ronald G. Shepherd, DC, and Other<br>Unknown Parties<br>Scott County District Court (IA), 07821 LACE 115040 |
| 02/18/13<br>(Depo.) | The Estate of Patrick J. Gibbs, Jr. by and through its duly appointed<br>Administrator et al., vs. Genesis Medical Center et al.<br>United States District Court, Southern District of Iowa, Davenport Division,<br>Case No. 3:11-CV-00151-RAW |
| 04/15/13<br>(Evid. Depo.) | Jeremiah Flynn vs. Winbco Tank Company<br>Iowa Workers' Compensation Commissioner, File No. 5032495 |
| 04/24/13<br>(Trial) | (GRR) Smith vs. Craig Alan Wright et al<br>Cerro Gordo County District Court (IA), LACV 065670 |
| 05/06/13<br>(Trial) | Ravi Sood, MD vs. University of Iowa et al<br>Johnson County District Court (IA), LACV 071587 |
| 05/14/13<br>(Trial) | Diane M. Edwards, Individually and as Special Administrator of the Estate of<br>Daniel B. Edwards vs. Gerald W. Hemker, Individually and as an Agent and/or<br>Employee of Service Partners, LLC; and Service Partners, LLC, a Foreign Corp.<br>Circuit Court of the 15th Judicial Circuit, Ogle County, IL: No. 08 L 14404 |
| 06/12/13<br>(Depo.) | Emily Ertz vs. BNSF Railway, City of Burlington, and MJ Daly Construction Co.,<br>Inc.<br>Des Moines County District Court (IA), LALA 003990 |

Page 11
Trial/Deposition Testimony

| | |
|---|---|
| 09/06/13<br>(Depo.) | Paul and Lori Ann Theilen vs. Arlyn Dean Tenold, et al.<br>Worth County District Court (IA), LACV 012128 |
| 09/24/13<br>(Trial) | Randy LaFreniere et al. vs. Scheels All Sport Inc.<br>Dallas County District Court (IA), LACV 037341 |
| 10/03/13<br>(Depo.) | Lonnie Twigg vs. Safety-Kleen Corp. and American Insurance Group<br>Iowa Workers' Compensation Commissioner, File No. 5025317 |
| 12/27/13<br>(Depo.) | Randy Turner and Jane Turner vs. Carl Roberts, et al.<br>Wright County District Court (IA), LACV 023616 |
| 01/28/14<br>(Trial) | Randy LaFreniere et al. vs. Scheels All Sport Inc.<br>Dallas County District Court (IA), LACV 037341 |
| 02/19/14<br>(Trial) | Brenda Alcala vs. Marriott International, Inc.<br>Scott County District Court (IA), LACE 119677 |
| 03/11/14<br>(Trial) | Gregg Mehlberger vs. Johnson County Iowa<br>Linn County District Court (IA), LACV 074915 |
| 03/12/14<br>(Depo.) | Ron Larson & Carol Larson vs. MidAmerican Energy Company et al<br>Polk County District Court (IA), LACL 126285 |
| 03/20/14<br>(Depo.) | Lori Reynolds and Kent Reynolds vs. St. Luke's/Jones Regional Medical Center, d/b/a Jones Regional Medical Center, and Iowa Physicians Clinic Medical Foundation, d/b/a Anamosa Family Medicine<br>Jones County District Court (IA), LACV 005462 |
| 04/03/14<br>(Depo.) | Kevin J. Hansen and Laura E. Hansen, as parents and next friends of Paul S. Hansen, a minor, and Kevin J. Hansen and Laura E. Hansen Individually vs. Mercy Hospital, Cedar Rapids, Iowa, d/b/a Mercy Medical Center; OB-GYN Associates, PC, and Joy L. Olson, MD<br>Linn County District Court (IA), LACV 075918 |
| 04/25/14<br>(Depo.) | Leonid Pavlovich vs. Roquette America, Inc, and Unknown Defendants<br>United States District Court, Southern District of Iowa, Davenport Division, Case No. 3:13-cv-00016 |
| 05/07/14<br>(Evid. Depo.) | Charles L. Vest vs. Aerotek<br>Iowa Workers' Compensation Commissioner, File No. 5043614 |
| 05/13/14<br>(Depo.) | John A. Nahra, as Administrator of the Estate of Kristofer A. Holt, deceased, and Melissa A. Savochka, Individually and Vernon E. Holt, Individually, vs. Samuel Stephen Roy, J.B. Hunt Transport, Inc., Farm Bureau Property & Casualty Insurance Company, and State Farm Mutual Automobile Insurance Company<br>Clinton County District Court (IA), LA 38216 |

Page 12
Trial/Deposition Testimony

| | |
|---|---|
| 05/15/14<br>(Depo.) | Steve Wenham vs. Principal Financial Group, Inc; Principal Life Insurance Company; Princor Financial Services Corporation; Michael Niedert; John Beh; Financial Management Solutions, LLC; and Lawrence Reelitz<br>Polk County District Court (IA), CL 125993 |
| 05/19/14<br>(Depo.) | Kevin Lee Houston vs. Aetna Rx Home Delivery, LLC<br>United States District Court for the Southern District of Iowa, Central Division<br>Case No. 4:12-CV-00545-SMR-TJS |
| 05/30/14<br>(Depo.) | Bradley J. Parker and Michelle C. Parker vs. William Ashton Nickles, DPM, and Medical Associates of Clinton, Iowa, PLC<br>Clinton County District Court (IA), LA 39668 |
| 06/30/14<br>(Depo.) | Kris Hill and Cathy Hill vs. St. Luke's Hospital of Cedar Rapids; Radiology Consultants of Iowa; Dr. Darren Davenport, MD; J.L. Floyd, MD; and the State of Iowa<br>Linn County District Court (IA), LACV 076099 |
| 07/10/14<br>(Trial) | Steve Wenham vs. Principal Financial Group, Inc; Principal Life Insurance Company; Princor Financial Services Corporation; Michael Niedert; John Beh; Financial Management Solutions, LLC; and Lawrence Reelitz<br>Polk County District Court (IA), CL 125993 |
| 08/28/14<br>(Depo.) | Fehrat Hidanovic, Individually, and as Administrator of the Estate of Nusreta Hidanovic, deceased, and as Parent and Next Friend of Melisa Hidanovic, a minor child; Mersida Hidanovic, individually, and Mersudin Hidanovic, Individually, vs. Danny John Dawley; William Patrick Denny, Ten Fifteen Regional Transit Agency, Ottumwa Transit Authority, City of Ottumwa, and American Family Mutual Insurance Company<br>Polk County District Court (IA), LACL 128036 |
| 12/04/14<br>(Trial) | Debbie Robeson vs. Vieth Construction Corporation<br>Black Hawk County District Court (IA), LACV 119408 |
| 01/13/15<br>(Trial) | Bradley D. Whitesell vs. Leo Eugene August<br>Scott County District Court (IA), LACE 123441 |
| 01/28/15<br>(Trial) | Renee Aswegan and Ricky Aswegan vs. Rick Parker and Laurie Parker<br>Linn County District Court (IA), LACV 78617 |
| 02/10/15<br>(Depo.) | James Hessenius vs. Great Plains Orthotics & Prosthetics, Inc.<br>Iowa Workers' Compensation Commissioner, File No. 5044228 |
| 04/03/15<br>(Trial) | Carol Henson vs. Daniel Lee Lucier<br>Scott County District Court (IA), 07821 LACE 115933 |

Page 13
Trial/Deposition Testimony

| | |
|---|---|
| 04/13/15<br>(Depo.) | Dona L. Hromatko, Administrator of the Estate of Steven L. Hromatko, Deceased vs Avera McKennan; Avera Health; Bradley C. Thaemert, MD, The Surgical Institute of South Dakota, PC; Joel Farmer, MD; and Anesthesiology Associates, Inc. a Professional Association<br>State of South Dakota, County of Minnehaha, CIV. 13-1777 |
| 04/27/15<br>(Depo.) | Estate of Don Lage vs. Archie Orman<br>Wapello County District Court (IA), LALA 105131 |
| 06/25/15<br>(Depo.) | John Howard Smith, Individually and as Parent and Next Friend of Kylie Nicole Smith and Zachary John Smith vs. Sandra Sue Boyer, Emcasco Insurance Company a/k/a EMC Insurance Companies, and Nationwide Agribusiness Insurance Company<br>Linn County District Court (IA), LACV 079955 |
| 07/08/15<br>(Trial) | John Howard Smith, Individually and as Parent and Next Friend of Kylie Nicole Smith and Zachary John Smith vs. Sandra Sue Boyer, Emcasco Insurance Company a/k/a EMC Insurance Companies, and Nationwide Agribusiness Insurance Company<br>Linn County District Court (IA), LACV 079955 |
| 07/30/15<br>(Depo.) | Dorothy Thunder Bull, As Guardian Ad Litem for Ryan Eagle Elk-Clifford vs. United States of America<br>United States District Court, District of South Dakota, Western Division, Civil No. 13-5023-JLV |
| 08/24/15<br>(Trial) | Austin vs. Louisville Ladder, Inc.,<br>United States District Court, Iowa Southern District, Case No. 3:2013cv00071 |
| 09/01/15<br>(Depo.) | April Halverson vs. Dyersville Food Bank, Inc.<br>Iowa Workers' Compensation Commissioner, File No. 5048905 |
| 09/04/15<br>(Depo.) | Matt Scott, Individually, Lisa Scott, Individually and as Parent and Next Friend of M.S, a Minor vs. City of Eldora, Iowa<br>Hardin County District Court (IA), LACV 100708 |
| 09/16/15<br>(Trial) | Mark & Denise Paine vs. American Family Mutual Insurance Company<br>Cerro Gordo County District Court (IA), LACV 068221 |
| 10/15/15<br>(Depo.) | Roger and Deborah Rupiper, Parents and Next Friends of Emily Kay Rupiper, a Minor vs. James and Mary Stewart, Parents and Next Friends of Kevin Xavier Stewart, and Midwest Family Mutual Insurance Company<br>Scott County District Court (IA), Law No. 124658 |
| 10/21/15<br>(Trial) | Estate of Don Lage vs. Archie Orman<br>Wapello County District Court (IA), LALA 105131 |

Page 14
Trial/Deposition Testimony

| | |
|---|---|
| 10/26/15 (Evid. Depo.) | Dennis Woods, an Individual, d/b/a Woods Waterproofing and Restoration vs. Warren Opera House, a Non-Profit Corporation, BCS Construction Services, LLC, A Limited Liability Corporation, Lang Construction Group, Inc., a Corporation, and O'Keefe Elevator Company, Inc., a Corporation Adair County District Court (IA), LACV 005748 |
| 10/28/15 (Trial) | Nicole Brooks et al vs. State of Iowa Bremer County District Court (IA), LACV 005101 |
| 10/31/15 (Depo.) | Shelley Bennett, Administrator of the Estate of Patricia Halligan, Deceased vs. Jeffrey Luna, MD, Trinity Regional Medical Center d/b/a Trinity Orthopedics, and Trinity Regional Medical Center Webster County District Court (IA), LACV 317339 |
| 11/11/15 (Depo.) | Max Mixdorf, by his next friend, Melissa Mixdorf vs. Robert S. Pranger, MD, Iowa Physicians Clinic Medical Foundation d/b/a Cedar Falls Primary Care, Bilal R. Kaaki, MD, Mir A. Waziri, MD, and Wheaton Franciscan Healthcare-Iowa d/b/a Covenant Medical Center Polk County District Court (IA), Law No. CL 126779 |
| 11/22/15 (Depo.) | Jill Todd and Robert Todd, individually, and as parents and next friends of Izella Todd, a minor vs. Grinnell Regional Medical Center, Roy Doorenbos, MD, Ryan Dahlby Albright, MD, Nicholas Kuiper, Do, and Surgical Associates, LLP, State of Iowa Johnson County District Court (IA), LACV 075064 |
| 12/07/15 (Depo.) | Curtis Alan Holt and Kristy A. Holt vs. William Edgar Allen, Jr., Michaels Transportation LLC, Transport Designs, Inc., and Pekin Insurance Company Franklin County District Court (IA), LACV 501213 |
| 02/09/16 (Trial) | Jill Todd and Robert Todd, individually, and as parents and next friends of Izella Todd, a minor vs. Grinnell Regional Medical Center, Roy Doorenbos, MD, Ryan Dahlby Albright, MD, Nicholas Kuiper, Do, and Surgical Associates, LLP, State of Iowa Johnson County District Court (IA), LACV 075064 |
| 02/18/16 (Trial) | Eric Castanda vs Bolt Fuel Oil Company District Court of Gregg County, Texas, County Court at Law No. 2 Cause No. 2014-0007-CCL2 |
| 03/08/16 (Trial) | Vadan Patel, A Minor by Dhiren Patel and Shital Patel, His Parents and Next Friends vs. Dr. Gregg Calderwood, Great River Women's Health, A Corporation, and Great River Medical Center, A Corporation Des Moines County District Court (IA), LALA 004387 |
| 03/30/16 (Trial) | Estate of Vance Odin Faulkner vs. Starcraft RV, Inc. et al Benton County District Court (IA), LACV 008425 |

Page 15
Trial/Deposition Testimony

| | |
|---|---|
| 03/30/16 (Trial) | Timothy L. Standard e al vs. Starcraft RV, Inc. et al<br>Benton County District Court (IA), LACV 008424 |
| 04/14/16 (Depo.) | Chadrick Starman, Individually and as Parent and Next Friend of D.S, a Minor,<br>and Melissa Starman, Individually vs. North Country Equipment, LLC, and Deere<br>& Company, a/k/a John Deere Company<br>Mitchell County District Court (IA), LACV 015321 |
| 04/22/16 (Depo.) | Robert A. Clayton vs. John Deere Harvester Works<br>Illinois Workers' Compensation Commission, Case Number 13 WC 038452 |
| 05/22/16 (Trial) | Remzija Pajazetovic, Sead Pajazetovic, and Remzija Pajazetovic and Sead<br>Pajazetovic as the Natural Parents and Next Best Friends of Betina Pajazetovic<br>vs. Kyle D. Golay<br>Dallas County District Court (IA), LACV 039160 |
| 05/26/16 (Depo.) | Travis Denham vs. Mercy Medical Center<br>Polk County District Court (IA), LACL 128913 |
| 06/16/16 (Depo.) | Dan Millard vs. City of Clinton, IA<br>United States District Court, Iowa Southern District,<br>Case No. 3:15-cv-00045-RP-CFB |
| 07/05/16 (Evid. Depo.) | Alevia Green vs. City of Fort Dodge, Iowa<br>Webster County District Court (IA), LACV 317637 |
| 07/08/16 (Depo.) | Patricia L. Jensen vs. IOC Black Hawk County, Inc., d/b/a Isle Casino Hotel<br>Waterloo<br>United States District Court, Northern District of Iowa, Eastern Division<br>Case No. 6:15-cv-02082-LRR |

## Samuel J. Kiehl, M.D., F.A.C.E.P.
### 6909 Gay Road
### Grove City, Ohio 43123

ph: 614-457-8180x230                email:kiehlfarm@gmail.com

## Consultant Fee Schedule

Document Review ................................................................................................ $400.00/hr.
Office/Phone Consultation................................................................................. $400.00/hr.
Deposition Testimony............................. $500/hour. Minimum fee $1500 due 2 weeks in advance
Video Trial Testimony............................ $500/hour. Minimum fee $1500 due 2 weeks in advance
Live Trial Testimony .............................. $500/hour. Minimum fee $1500 due 2 weeks in advance
Travel Time ............................................................................................................ $400/hour
Travel Expenses........... actual cost of travel, lodging, meals, etc., related to travel for engagement

**Cancellation Policy:**

Cancellation with ten or more business days notice........................................................ no charge
Cancellation less than 10 business days of scheduled deposition or video testimony ........... $1000
Cancellation less than 10 business days of scheduled live trial testimony ............................ $1000

**Retainer Requirement:**

Prior to initial review (cover up to 5 hours of work)............................................................ $2000
Interval payments ...............estimated fee to be determined after receiving additional work
                                assignment. Payment will be due for estimated fee prior to starting
                                additional work.
Trial.............................retainer to cover estimated time and expenses (determined on per
                                case basis)- due 2 weeks prior to scheduled trial testimony.



# WORKLIFE RESOURCES, INC.

VOCATIONAL ECONOMIC CONSULTING

LIFE CARE PLANNING

P.O. BOX 5336

CEDAR RAPIDS, IA 52406-5336

TELEPHONE: (319) 626-3530

FAX: (319) 626-2884

The following is my fee schedule:

All work, excluding testimony:                $215/hour

Testimony:

One-half day (up to four hours):       $1,000

One full day (up to eight hours):       $1,800

Travel time is billed at my hourly rate of $215/hour.

Worklife Resources, Inc. E.I. # is 42-138 4022.



EXHIBIT

E